**Rebeca PEREZ, Plaintiff–Appellant,**

v.

**Police Chief Victor ARAIZA; Lorenzo Garcia, El Paso Independent School District; Superintendent Anthony Safi; El Paso Independent School District Board of Trustees, Defendants–Appellees.**

No. 07–51335
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 25, 2008.

Rebeca Perez, pro se.

Bruce Allen Koehler, Mounce, Green, Myers, Safi, Paxson & Galatzan, El Paso, TX, for Defendants–Appellees.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Rebeca Perez, *pro se*, is seeking a subpoena to obtain a police report under the Texas Public Information Act that was withheld from her pursuant to Texas Government Code section 552.108(a)(2). We have reviewed the briefs and the applicable law. Perez presents no valid argument as to how a federal court has subject matter jurisdiction over her claim. She does not allege diversity jurisdiction, nor does she allege her action arises under any applicable federal law as a basis for federal question jurisdiction. *See, e.g., Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S.

---

375, 377, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994). Perez is challenging the Texas Attorney General's application of Texas state law, which, as currently alleged, is a pure state law claim. We therefore agree with the district court's conclusion that we have no subject-matter jurisdiction over this case. The summary judgment is AFFIRMED for the reasons given by the district court in its opinion.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.